## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                             Case No.: 12-00296-01-CR-W-BCW

**JI LI HUANG**

                                                     USM Number: 24438-045

                                                     J.R. Hobbs, Retained
                                                     1000 Walnut St., Ste 1600
                                                     Kansas City, MO  64106

### JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1 of the Indictment on 1/25/2013. Accordingly, the Court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 1832(a)(5) | Conspiracy to Commit Theft of Trade Secrets | 9/2/12 | 1 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 2 dismissed on the oral motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                     Date of Imposition of Sentence: 1/25/2013


                                                     /s/Brian C. Wimes
                                                     JUDGE BRIAN C. WIMES
                                                     UNITED STATES DISTRICT COURT

                                                     Dated:  January 28, 2013

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months**.

**NO** supervised release to follow.

The Court recommends to the Bureau of Prisons: that the defendant be considered for placement at an institution with a Mandarin Chinese-speaking staff member, or in the alternative, with Mandarin Chinese-speaking population.

Defendant allowed to self-surrender to an institution designated by the BOP on March 29, 2013 by 2:00 p.m.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100 (paid) | $250,000 | N/A |

A fine of $250,000 is imposed. The Court authorizes the $100,000 appearance bond to satisfy a portion of the imposed fine amount; along w/a check to be presented to the Clerk of the Court in the amount of $150,000.

FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100.00, which amount shall be due immediately.

Preliminary oral order of forfeiture is finalized and imposed.