# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v.            v. | ) ) | No.   12-00296-CR-W-BCW |
| JI LI HUANG, | ) ) ) | |
| and | ) ) | |
| XIAO GUANG QI, | ) ) ) | |
| Defendants. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Preliminary Order of Forfeiture.   In the Forfeiture Allegation of the Indictment in this case, the United States sought forfeiture of $29,778.55 in United States currency pursuant to 18 U.S.C. § 2323 on the basis that the property was obtained directly or indirectly or was used or intended to be used to facilitate the theft of trade secrets.

On January 25, 2013, the defendant Ji Li Huang pleaded guilty to Counts One and Two of the Indictment, charging violations of 18 U.S.C. § 1832(a)(4) and (a)(5) , and to forfeit to the United States his interest in the $29,778.55 in United States currency.

On January 25, 2013, the defendant Xiao Guang Qi pleaded guilty to Counts One and Two of the Indictment, charging violations of 18 U.S.C. § 1832(a)(4) and (a)(5) , and to forfeit to the United States his interest in the $29,778.55 in United States currency.

The Court has determined, based upon the evidence set forth at the plea hearing that the United States has established the requisite nexus between the property described herein and in the

forfeiture allegation of the Indictment and the offenses to which the defendants have plead guilty.

By virtue of the guilty pleas, the United States is now entitled to a Preliminary Order of Forfeiture and to possession of the property pursuant to 18 U.S.C. § 2323.

Accordingly, it is hereby ORDERED:

1. Based upon the guilty pleas and the forfeiture allegation in the Indictment, the $29,778.55 in United States currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2. Upon entry of this Order, the United States Attorney General or his designee is authorized to seize the above-described property in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. Pursuant to 21 U.S.C. § 853(n), the United States shall publish for at least 30 consecutive days on the government's official website, www.forfeiture.gov, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants Ji Li Huang and Xiao Guang Qi, having or claiming a legal interest in the above-described property must file a petition with the Court (and serve a copy on Brian P. Casey, Assistant United States Attorney), within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary

Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

/s/Brian C. Wimes
Judge Brian C. Wimes
United States District Court

Dated this 25th day of 2013 at Kansas City, Missouri

3